# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local #10 Control Board Trust Fund,

Plaintiffs,

vs.

Kathryn A. Johnson, individually and d/b/a Midway Sheet Metal and Heating,

Defendant.

Civil File No. 01-1892 DSD/JMM

## ORDER VACATING INTERIM DEFAULT JUDGMENT

This matter came on without hearing before the Court on Plaintiffs' motion to vacate the interim default judgment entered in favor of Plaintiffs and against Defendant on February 15, 2002 in the amount of $5,331.72.

Based on all files, records and proceedings herein, IT IS HEREBY ORDERED:

## ORDER

That the interim default judgment in the amount of $5,331.72 in favor of Plaintiffs and against Defendant entered on February 15, 2002 is hereby vacated.

Dated: May 23, 2002

David S. Doty
United States District Judge

H:\Labor\6310_6340_6340 Sheet Metal\6340.34 Midway\Docs\Order Vacating Interim Default Judgment.doc

FILED 5-24-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________